UNITED STATES of America,
Plaintiff—Appellee,

v.

Freddie JONES, Jr., Defendant—
Appellant.

Nos. 03–6998, 03–7622.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 13, 2004.

Decided Sept. 17, 2004.

Freddie Jones, Jr., Appellant pro se.
Rudolf A. Renfer, Jr., Assistant United
States Attorney, Raleigh, North Carolina,
for Appellee.

Before NIEMEYER, LUTTIG, and
DUNCAN, Circuit Judges.

No. 03–6998 dismissed; No. 03–7622
affirmed by unpublished PER CURIAM
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

In No. 03–6998, Freddie Jones, Jr., ap-
peals from the district court's April 23,
2003, order denying Jones' motion chal-
lenging his sentence as an unauthorized
and successive 28 U.S.C. § 2255 (2000)
motion. In No. 03–7622, Jones appeals
from the district court's October 10, 2003,
order denying Jones' motion to alter or
amend its April 23, 2003, order, and deny-
ing Jones' "Motion for Court Ordered Sub-
poenas," his "Motion for Judicial Notice of
Undisputed Facts," and his "Motion to
Strike or Opposition to the Government's
Response." By order filed January 30,
2004, Jones' appeals were placed in abey-
ance for Jones v. Braxton, No. 03–6891.
In view of our recent decision in Reid v.
Angelone, 369 F.3d 363 (4th Cir.2004), we
no longer find it necessary to hold this
case in abeyance for Jones.

As to No. 03–6998, Jones cannot appeal
the April 23, 2003, order unless a circuit
judge or justice issues a certificate of ap-
pealability, and a certificate of appealabili-
ty will not issue absent a "substantial
showing of the denial of a constitutional
right." 28 U.S.C. § 2253(c)(2) (2000). A
habeas appellant meets this standard by
demonstrating that reasonable jurists
would find that his constitutional claims
are debatable and that any dispositive pro-
cedural rulings by the district court are
also debatable or wrong. See Miller–El v.
Cockrell, 537 U.S. 322, 326, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); Slack v. McDan-
iel, 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); Rose v. Lee, 252 F.3d
676, 683 (4th Cir.2001). We have reviewed
the record and conclude the district court's
procedural ruling was proper; the court
did not err in dismissing Jones' motion
challenging his sentence as a successive
and unauthorized 28 U.S.C. § 2255 motion;
and Jones has not made the requisite
showing for a certificate of appealability.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal. As to
No. 03–7622, in which Jones challenges
only the court's denial of his request for
subpoenas, we affirm the district court's
October 10, 2003, order, to the extent it
denied Jones' motion for subpoenas. See
United States v. Jones, No. CR–96–79–BO
(E.D.N.C., Oct. 10, 2003). We deny Jones'
motion to deconsolidate his appeals. We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 03–6998 *DISMISSED*

No. 03–7622 *AFFIRMED*